UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN THE MATTER OF | ) |
| | ) |
| PHILICHIA TRAMMELL | ) CHAPTER 13 CASE NO: 05-63459 |
| | ) |
| DEBTOR | ) |

## NOTICE FOR DEPOSIT OF FUNDS
## INTO U. S. TREASURY FUND 6047BK

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $40.46 into U. S. Treasury Fund 6047BK for the following reasons:

1. That the debtor herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.
2. That the debtor's case was completed and the Trustee attempted to send a refund in the amount of $40.46 to the debtor.
3. The check was returned to the Trustee and the Trustee cannot locate the debtor.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $40.46 into U.S. Treasury Fund 6047BK on behalf of Debtor, Philichia Trammell whose last known address was 2000 W. 5th Avenue, Apt. 302, Gary, IN 46407.

/s/    Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2009 service of a true and complete copy of the above and foregoing pleading or document was made upon the U.S. Trustee and the debtors' attorney electronically.

/s/ Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45